**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6431**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

CARL BLAISE,

             Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:01-cr-00371-CMH-1)

Submitted: July 23, 2015          Decided: August 11, 2015

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Carl Blaise, Appellant Pro Se. Dennis Michael Kennedy, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Blaise seeks to appeal his sentence. In criminal cases, the defendant must file the notice of appeal within fourteen days after the entry of judgment.* Fed. R. App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985). The district court entered judgment on September 16, 2006. The notice of appeal was filed on March 16, 2015. Because Blaise failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

---

\* When Blaise's criminal judgment was entered the appeal period was ten days.